AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York ▼

| | |
|---|---|
| Blanca Guaman on behalf of herself<br><br><br>_____<br>*Plaintiff(s)*<br>v.<br>Yang Woo Kim, K & J Nails Corp. and K & J Nail Corp d/b/a respectively  as Second Floor Nail Salon and Nail House Nail Salon jointly and severally<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 18-cv-08930 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   K & J Nails Corp d/b/a Second Floor Nail Salon- 99 Purchase Street Rye, NY 10580
K & J Nail Corp. d/b/a Nail House Nail Salon- 1262 W Boston Post Road, #8
Larchmont, NY 10538
Yang Woo Kim- 99 Purchase Street Rye, NY 10580

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeanne Mirer, Esq.
Mirer Mazzocchi & Julien, PLLC
150 Broadway, Twelfth Floor
New York, NY 10038

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____10/19/2018_____

/s/ D. Howie
_____
*Signature of Clerk or Deputy Clerk*