# MIRER MAZZOCCHI & JULIEN, PLLC

ATTORNEYS AT LAW
150 BROADWAY, TWELFTH FLOOR
NEW YORK, NEW YORK 10038

| | | |
|---|---|---|
| JEANNE MIRER<br>KRISTINA MAZZOCCHI | TELEPHONE: (212) 231-2235<br>FACSIMILE: (646) 219-0946 | RIA JULIEN |

January 22, 2019

**_Via ECF_**
Hon. Judge George B. Daniels
United States District Judge
United States Southern
District Court of New York
500 Pearl Street, Courtroom 11A
New York, NY 10007

Re: **Guaman v. Yang Woo Kim et al.**
*(Civil Case No.:18-cv-08930-GBD)*

Dear Judge Daniels:

I represent the Plaintiff in the above captioned case. I am writing to request an adjournment of the conference currently scheduled for January 24, 2019 at 9:30 am to a later date. This request is made because no counsel has appeared yet for the defendants even though I have had correspondence with a lawyer who claims to represent one of the owners of the business he has not yet stated whether he will file an appearance.

Thank you for your cooperation in this matter.

Respectfully submitted,

Jeanne Mirer, Esq.
Mirer Mazzocchi & Julien, PLLC
150 Broadway, Twelfth Floor
New York, NY 10038
*Attorney for Plaintiff*